```
                                                  FILED
                                            U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF LA

                                           2007 MAR 27  PM 12:02

                                             LORETTA G. WHYTE
                                                  CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAROLYN SILLINGS** | **CIVIL ACTION** |
| VERSUS | NO: 05-6087 |
| **JO ANNE BARNHART, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | SECTION: "N" (4) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJs decision denying Carolyn Sillings Disability Insurance Benefits and Supplemental Security Income Benefits is **REVERSED AND REMANDED** for consideration of the January 11, 2005 letter from her treating source, the impact that daily napping has on her residual functional capacity, and whether with this additional limitation, she is able to return to her past relevant work.

New Orleans, Louisiana, this 27th day of March, 2007

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____